

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:18-cr-00126-JCM-CWH<br>) |
| vs. | ) **ORDER FOR ISSUANCE OF**<br>) **WRIT OF HABEAS CORPUS**<br>) **AD PROSEQUENDUM FOR** |
| JOHN BARRERA, | ) **JOHN BARRERA**<br>) **(ID#) 02623909** |
| Defendant. | )<br>) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said JOHN BARRERA before the United States District Court at Las Vegas, Nevada, on or about Thurs., May 3, 2018 at the hour of 3:00 p.m. in courtroom 3D, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: May 1, 2018

_____
UNITED STATES MAGISTRATE JUDGE