

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | DAYLE ELIESON<br>United States Attorney |
| 2 | District of Nevada<br>ALLISON REESE |
| 3 | Assistant United States Attorney<br>Nevada State Bar #13977 |
| 4 | 501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101 |
| 5 | (702) 388-6336 / Fax: (702) 388-5087<br>Allison.Reese@usdoj.gov |
| 6 | |
| 7 | *Representing the United States of America* |

```
FILED         RECEIVED
ENTERED       SERVED ON
              COUNSEL/PARTIES OF RECORD

MAY 10 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00126-JCM-CWH |
| Plaintiff, | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| vs. | |
| JOHN BARRERA, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and ALLISON REESE, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the Criminal Indictment (ECF No. 1) and all subsequent and further proceedings in the above-captioned case.

Dated this the 10th day of May, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

By: _____
ALLISON REESE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN BARRERA,

    Defendant.

Case No.: 2:18-cr-00126-JCM-CWH

**ORDER TO UNSEAL CASE**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Indictment filed in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this 15 day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE