RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for John David Barrera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DAVID BARRERA,<br><br>Defendant. | Case No. 2:18-cr-00126-JCM-CWH<br><br>**STIPULATION TO VACATE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for John David Barrera, that the Evidentiary Hearing currently scheduled on January 7, 2019, be vacated.

This Stipulation is entered into for the following reasons:

1. The parties anticipate this matter will be resolved. As such, an evidentiary hearing is no longer required at this time.

2. The defendant is not in custody and agrees with the need to vacate.

3. The parties agree to vacate.

This is the first request to vacate the evidentiary hearing.

DATED this 3rd day of January, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00126-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN DAVID BARRERA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Monday, January 7, 2019 at 9:30 a.m., be vacated

DATED this 4 day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE