RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for John Barrera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BARRERA,<br><br>    Defendant. | Case No. 2:18-cr-00126-JCM-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for John Barrera, that the Sentencing Hearing currently scheduled on June 24, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The defense requires additional time to investigate issues in order to present additional information this Court at the time of sentencing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 18th day of June, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |
| 3 | | |
| 4 | UNITED STATES OF AMERICA, | Case No. 2:18-cr-00126-JCM-CWH |
| 5 | Plaintiff, | **ORDER** |
| 6 | v. | |
| 7 | JOHN BARRERA, | |
| 8 | Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, June 24, 2019 at 10:00 a.m., be vacated and continued to October 2, 2019, at the hour of 10:00 a.m.

DATED June 19, 2019.

_____
UNITED STATES DISTRICT JUDGE

3