1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   MARGARET W. LAMBROSE
3  Assistant Federal Public Defender
   Nevada State Bar No. 11626
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Maggie_Lambrose@fd.org

7  Attorney for John Barrera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JOHN BARRERA,<br><br>              Defendant. | Case No. 2:18-cr-00126-JCM-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for John Barrera, that the Sentencing Hearing currently scheduled on October 2, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than December 14, 2019.

This Stipulation is entered into for the following reasons:

1. The defense requires additional time to investigate issues in order to present additional information to this Court at the time of sentencing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 19th day of September, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

|     |     |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BARRERA,<br><br>　　　　Defendant. | Case No. 2:18-cr-00126-JCM-DJA<br><br>**<u>ORDER</u>** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, October 2, 2019 at 10:00 a.m., be vacated and continued to December 19, 2019 at the hour of 10:30 a.m.; or to a time and date convenient to the court.

　　DATED September 25, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE